# Court of Appeals
# of the State of Georgia

ATLANTA,  February 27, 2025

*The Court of Appeals hereby passes the following order:*

**A24A1101.  IN THE INTEREST OF Z. H. et al., children.**

On February 20, 2024, this Court granted Appellant's application for discretionary appeal. Having reviewed the parties' briefs and the complete record now before us, we DISMISS the appeal as improvidently granted.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  02/27/2025*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*